# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2007

133587

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

LAKE STATES INSURANCE COMPANY, n/k/a
HARLEYSVILLE LAKE STATES INSURANCE
COMPANY,
        Plaintiff-Appellant,

v

        SC: 133587
        COA: 271666
        Oakland CC: 2005-070131-CK

MASON INSURANCE AGENCY, INC., and
PETER HANOVER,
        Defendants-Appellees.

_____/

      On order of the Court, the application for leave to appeal the February 22, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2007
_____

                                 Clerk

s0723